# Edelstein Law "We Fight for Victims"

*Jay L. Edelstein, Esquire*
Email | jedelstein@edelsteinlaw.com

*Stephen J. Pokiniewski, Esquire*
Email | sjp@edelsteinlaw..com

*MEMBER OF THE NJ & PA BAR

File No.:

Super Lawyers
2013–2014–2017–2018-2019
2020–2021–2022–2023–2024

January 29, 2025

<u>*Via M.D.P.A. Pacer*</u>
Honorable Joseph F. Saporito
U.S. District Court
Middle District of Pennsylvania
PO Box 1148
235 N. Washington Avenue
Scranton, PA 18501-1148

    RE:  **J.B.C. v. Athens Area School District, et al**
        **No. 4:24-cv-1249**

Dear Judge Saporito:

  Currently pending are the Motions to Dismiss from Athens Defendants and Bloosberg Defendants, as well as Plaintiff's Responses in Opposition to said motions. Oral argument has yet to be scheduled and no rulings have been issued.

  Additionally, according to the October 31, 2024 Scheduling Order, "Amendments to the pleadings shall be filed by January 31, 2025." <u>See</u> Doc. 51.

  Given the possibility that any rulings on the Motions to Dismiss could necessitate amended pleadings, Plaintiff assumes that the aforementioned deadline in the Scheduling Order would not be enforced, and a later deadline will be set by the Court. If Plaintiff's counsel is making an incorrect assumption, kindly advise the parties in this matter.

              Respectfully,

              */s/ Jay Edelstein*
              JAY L. EDELSTEIN

JLE/rws

Page | 1

 **230 South Broad Street, Suite 900, Philadelphia, Pennsylvania 19102** 
Phone *(215) 893-9311* Facsimile *(215) 893-9310* New Jersey *(856) 809-3150*
www.edelsteinlaw.com