IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

J. B. C., *a minor by and through* :    CIVIL NO. 4:24-CV-1249
*his parents and natural guardians* :
*A.C. and J.C.*, :
         Plaintiff         :    JUDGE SAPORITO

              v.            :

ATHENS AREA SCHOOL :
DISTRICT, et al., :

         Defendants     :

*FILED*
*WILKES BARRE*
AUG 28 2025
PER _____
DEPUTY CLERK

## ORDER

AND NOW, this 28th day of August, 2025, counsel for plaintiff

having notified the Court that the matter has settled as to the

Athens Defendants (Athens Area School District, Athens Area High

School, Craig J. Stage, Ed.D., William Clark, John B. Sullivan, and

John F. Young) (Doc. 72), **IT IS HEREBY ORDERED THAT** plaintiff

is directed to file a petition for approval of settlement of a minor's

claim within fourteen (14) days of the date of this Order.

_____
JOSEPH F. SAPORITO, JR.
United States District Judge