IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J. B. C., *a minor by and through his parents and natural guardians* A.C. *and* J.C.,[1] | CIVIL NO. 4:24-CV-1249 |
| | JUDGE SAPORITO |
| Plaintiffs | |
| v. | |
| ATHENS AREA SCHOOL DISTRICT, et al., | |
| Defendants | |

## ORDER

AND NOW, this 2nd day of September, 2025, counsel for plaintiff having notified the Court that the matter has settled as to the Athens Defendants (Athens Area School District, Athens Area High School, Craig J. Stage, Ed.D., William Clark, John B. Sullivan, and John F. Young) (Doc. 72), **IT IS HEREBY ORDERED THAT** this action is hereby **DISMISSED ONLY AS TO defendants** Athens Area School District, Athens Area High School, Craig J. Stage, Ed.D., William Clark, John B. Sullivan, and John F. Young, without costs

and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated. The Clerk of Court shall note the docket of this action accordingly.

                                              */s/ Joseph F. Saporito, Jr.*
                                              JOSEPH F. SAPORITO, JR.
                                              **United States District Judge**

---

[1] On August 29, 2025, counsel for plaintiffs informed the Court that minor plaintiff, J.B.C., reached the age of majority on August 8, 2024. (Doc. 74).