# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.B.C., a minor by and through his parents and natural guardians, A.C. and J.C., | |
| Plaintiff, | CIVIL ACTION NO. 4:24-cv-01249 |
| v. | (SAPORITO, J.) |
| ATHENS AREA SCHOOL DISTRICT, et al., | |
| Defendants. | |

FILED
WILKES BARRE
SEP 15 2025
PER_____
DEPUTY CLERK

## ORDER

AND NOW, this _15th_ day of September, 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motion to dismiss (Doc. 48) filed by the University Defendants—Commonwealth University of Pennsylvania at Bloomsburg ("Bloomsburg University"), Bashar W. Hanna, Michael McFarland, and Frank Sheptock—is **GRANTED**;

2. The plaintiff's § 1983 federal civil rights claims for damages against Bloomsburg University and against Hanna, McFarland, and Sheptock in their official capacities, set forth in Count II of the amended complaint (Doc. 43), are **DISMISSED** for lack of subject matter

jurisdiction, pursuant to Fed. R. Civ. 12(b)(1), or, in the alternative, for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6);

3. The plaintiff's § 1983 federal civil rights claims for damages against Hanna, McFarland, and Sheptock in their personal capacities, also set forth in Count II of the amended complaint, are **DISMISSED** for failure to state a claim upon which relief can be granted, pursuant to Fed. R. Civ. P. 12(b)(6);

4. The plaintiff's state-law tort claims against Bloomsburg University, McFarland, and Sheptock, set forth in Counts V and VII of the amended complaint, and his state-law tort claims against non-moving defendants Christopher Mitchell, Margaret Pelchey, Jaden Wright, and Nikki Hadlock, set forth in Counts VIII, IX, and X of the amended complaint, are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1367(c)(3);

5. The plaintiff is **GRANTED** leave to file and serve a second amended complaint **within fourteen (14) days** after entry of this order;

6. If a second amended complaint is timely filed, the remaining defendants shall file and serve their answers to the second amended

complaint **within fourteen (14) days after service** of the second amended complaint;

7. In the absence of a timely filed second amended complaint, the clerk shall mark this case as **CLOSED**.

*[signature]*
JOSEPH F. SAPORITO, JR.
United States District Judge